1.006. Petition for writ of supersedeas directed to the Circuit Court of the United States for the District of Montana to stay execution of decree, etc. John J. McHatton and James M. Denny, for petitioner. Crittenden Thornton, for respondent. No opinion. Petition denied.

---

MOORE et al. v. DALTON et al. (Circuit Court of Appeals, Ninth Circuit. October 28, 1903.) No. 1,009. In Error to the District Court of the United States for the First Division of the District of Alaska. Lorenzo S. B. Sawyer, for defendants in error. Upon motion of Mr. Sawyer, cause docketed on certificate of the clerk of the District Court, under rule 16, and dismissed.

---

MOORE et al. v. DALTON et al. (Circuit Court of Appeals, Ninth Circuit. November 9, 1903.) No. 1,009. In Error to the District Court of the United States for the First Division of the District of Alaska. Charles B. Marks, for plaintiffs in error. L. S. B. Sawyer, for defendants in error. Motion to vacate judgment dismissing writ of error and to recall mandate denied.

---

NATIONAL R. CO. OF MEXICO v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 23, 1903.) No. 1,259. In Error to the Circuit Court of the United States for the Eastern District of Texas. Thos. W. Dodd, for plaintiff in error. M. C. McLemore, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As by written stipulation a jury was waived in this case, the finding of the court was general, and no bills of exceptions were taken to the rulings of the court during the progress of the trial. The record presents no question to this court for review. Rev. St. §§ 649–700 [U. S. Comp. St. 1901, pp. 525, 570]. The judgment of the Circuit Court is affirmed.

---

NORTHERN PAC. RY. CO. v. DENSE. (Circuit Court of Appeals, Ninth Circuit. November 16, 1903.) No. 920. In Error to the Circuit Court of the United States for the Northern Division of the District of Washington. James F. McElroy and B. S. Grosscup, for plaintiff in error. James Hamilton Lewis, for defendant in error. Pursuant to stipulation of counsel, cause dismissed.

---

NORTHERN PAC. RY. CO. v. PALMER. (Circuit Court of Appeals, Ninth Circuit. November 16, 1903.) No. 919. In Error to the Circuit Court of the United States for the Northern Division of the District of Washington. James F. McElroy and B. S. Grosscup, for plaintiff in error. James Hamilton Lewis, for defendant in error. Pursuant to stipulation of counsel, cause dismissed.

---

RUCKER, Collector, v. COCO-COLA CO. (Circuit Court of Appeals, Fifth Circuit. October 17, 1903.) No. 1,239. In Error to the Circuit Court of the United States for the Northern District of Georgia. E. A. Angier, Geo. L. Bell, and C. D. Camp, for plaintiff in error. Reuben R. Arnold, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As we find that the taxable character of Coco-Cola, under the revenue act, was settled adversely to the United States in the former ad-